**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Souza, | No. CV-09-1103-PHX-DGC |
| Plaintiff/Counterdefendant, | **ORDER** |
| vs. | |
| Sunbelt AutoGroup, Inc., doing business as Aamco Transmissions; and John Lindsay, Sr., and Carol Lindsay, husband and wife, | |
| Defendants/Counterclaimants. | |

A motion for leave to amend the complaint has been filed by Jill Ford, the Trustee in Plaintiff Keith Souza's chapter 7 bankruptcy proceedings. Dkt. #35. Ms. Ford seeks leave, pursuant to Rule 25(c) of the Federal Rules of Civil Procedure, to amend the complaint to show her as successor in interest to Plaintiff Souza's claims against Defendants. *Id.* at 1. No response has been filed, and the time for doing so has expired. *See* LRCiv 7.2(c); Fed. R. Civ. P. 6(d). For good cause appearing, and pursuant to Local Rule of Civil Procedure 7.2(i),

**IT IS ORDERED:**

1. The motion for leave to amend the complaint to substitute bankruptcy trustee as Plaintiff real party in interest (Dkt. #34) is **granted**.
2. The Clerk is directed to file the lodged proposed amended complaint (Dkt. #35).

3. The deadlines set forth in the order dated June 23, 2010 (Dkt. #38) remain in effect.

4. The final pretrial conference is set for **August 13, 2010 at 4:00 p.m.** (*see* Dkt. #38 at 2).

5. The Clerk is directed to terminate the joint motion to extend case deadlines (Dkt. #37) in light of the order dated June 23, 2010 (Dkt. #38).

DATED this 14th day of July, 2010.

David G. Campbell
United States District Judge